United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN BENJAMIN ROMERO JUAREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-854 |
| | § | |
| DAVID VENTURELLA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Ruben Benjamin Romero Juarez filed a Notice of Voluntary Dismissal informing the Court that he was "removed from the United States by the Department of Homeland Security[,]" "does not wish to pursue [his Petition] further[,]" and "authorize[s] counsel to dismiss" his claims. (Notice of Voluntary Dismissal, Doc. 4)

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" The requirements of Rule 41(a)(1)(A)(i) have been met. Petitioner's Notice (Doc. 4) dismisses this action without court order.

The Clerk of Court is directed to close this matter.

Signed on October 19, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge